## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
|     J.C. individually, and all others<br>similarly situated | Civil Action No. _____<br><br>**Jury Trial Demanded** |
|       v. | |
| David Locha, David L. Henriquez,<br>Jane Doe, Nicholas Episcopo, David Bolla<br>Mary Beth Daisey, Jennifer Hammill,<br>Jonathan Biondi, Richard Dinan, Casey Woods<br>Jewell Battle; Phoebe Haddon; Kevin Pitt<br>Rutgers University, aka Rutgers-Camden "University" | |

## COMPLAINT

## JURISDICTION AND VENUE

1.    This is a civil action authorized by 42 U.S.C § 1983, Conspiracy under 42 U.S.C §

1983, First Amendment, Fourth Amendment, of the Federal Constitution (and all due

process clauses of federal and state law), Conspiracy under 42 U.S.C § 1983, N.J.S.A.

10:6-29(c), N.J. Article I, paragraph 6 of the New Jersey Constitution, N.J. Article I,

paragraph 7 of the New Jersey Constitution to redress deprivations, under color of state

law, of rights secured by the Constitutions of the United States and of New Jersey. This

courthouse has jurisdiction under 28 U.S.C. Section 1331 for federal claims and 28 U.S.C

1367 for the state claims. Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section

2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C Section

2282 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.  This District is an appropriate venue under 28 U.S.C. § 1391 (b) (2)

## **PARTIES**

3.   Plaintiff-victim is J.C. At any and all times by everyone Plaintiff to be referred to as

J.C., or simply plaintiff, but nothing else. This includes orally in person- anywhere, on

certificate of services, any reference to anything in this case or otherwise. Plaintiff's

name is J.C., period. This is not a difficult thing to understand or to follow. It should be

noted that Plaintiff brings this case for himself and every person which is similarly

situated, which is every other non- current student on any ground they operate or even

that they claim to or ban people from.

4. Defendant/offenders are:

David Locha  individual and official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
David L. Henriquez  individual and official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
Jane Doe individual and official capacity 335 George Street, Suite 2160 New Brunswick,
NJ  08901
Nicholas Episcopo, individual and official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
David Bolla   individual official capacity 335 George Street, Suite 2160 New Brunswick,
NJ  08901
Mary Beth Daisey individual official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
 Jennifer Hammill individual official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
Jonathan Biondi,  individual official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
Richard Dinan individual official capacity individual official capacity 335 George Street,
Suite 2160 New Brunswick, NJ  08901
 Casey Woods   individual official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
Jewell Battle individual official capacity  335 George Street, Suite 2160 New Brunswick,
NJ  08901
Phoebe Haddon   individual official capacity 335 George Street, Suite 2160 New
Brunswick, NJ  08901
Kevin Pitt   individual official capacity 335 George Street, Suite 2160 New Brunswick,
NJ  08901

Rutgers "University", aka Rutgers-Camden "University"  335 George Street, Suite 2160 New Brunswick, NJ  08901

5. At all times did the offenders act under the color of state law.

## STATEMENT OF CLAIM

6.     Rutgers "University" is a garbage school that has nothing but losers and dummies, they only get people too dumb to go to any type of real school or paupers or both. It is a laughing stock, basically a fake college. They are at the perfect place, the dirtiest, poorest, worst town in America, fits the like a glove.

7.   As a prefatory fact we know state purported colleges by nature are public. The grounds on all perimeters which span at least eight city blocks in length, more than mile, (not including numerous new buildings outside of that) have always  public, there are no fences of any kind or signs or restrictions of any kind, traditional public forum.

8.   In order to walk through to North Camden, and the underpass to it, you must pass it there is no way around it. There is a park which used to be owned by the city now owned by them. They own the entire block where a Patco station is, also a light rail station, There is a law library that they also sua sponte decided to be open the  public also open to anybody, this has been this way since at least 1992. Other than the one he is about to mention, there is another public library that the County of Camden owns and operates, called Nilsa I. Cruz-Perez Downtown Branch. There is a store on campus that sells general merchandise, open to anyone. They own a building across from here with there is a Subway and 7-11, they might own that whole block. Plaintiff believes that there is at least one other building, a cafeteria that they made accessible to anybody. There are two halfway houses there owned by an outside organization, one is a 84 bed multi- building.

9.    So it's not the Pentagon, it also is not  some secluded, gated real, private college like Princeton or some exclusive country club somewhere where people don't just stroll in or by.  As far New Brunswick, and Newark, the same deal, Plaintiff does not know exactly what the layout is, or additional things, but he could by the time he amends the complaint, there is already more than enough, this is not important.

10.    They also have a public library here has been there since 1926. In 1991 it changed its name to Robeson. The exact date is unknown but Plaintiff has done extensive research and was able to determine that at least from 1993, Rutgers, the State purported university, sua sponte decided to make the library a public one, anyone with a beating heart can go in. Plaintiff  believes this actually goes to the 70's or even 60's he just has not found any proof yet. Again a traditional public forum. As a result of this Plaintiff first went there in 2005 and had been using it for fifteen years.

11.    On June13th, 2019, Plaintiff was in there and at some point an employee who's job it is to shelve, who's name was never known, came to that floor. This is employee was somewhat new, she had only been there ten or eleven months. Plaintiff did not know her name, they do not have tags, and never interacted with her, although he has observed she seemed like she has a hostile disposition.

12.    At some point about 12:45 she came over directly in front of the table where plaintiff was sitting, where there is a bookshelf was horizontally. Plaintiff  had his head down, was not really paying attention but eventually noticed as time went one she was just standing there for a while but it did not seem like she was doing anything she was just staring at the shelf, Plaintiff did not know what she was doing. This continued for

some time and at some point Plaintiff still had his head down looking at a screen it, it appeared she might be turned around looking at him,

13.    After a good ten to fourteen seconds Plaintiff lifted his up, looked up and she was just standing there looking directly at him. She then said you coughed, Plaintiff took a second or two to get a hold of the situation, then said he can cough whenever he wants to, she responded with that's weird, Plaintiff said oh it is, you're crazy. This exchange probably no more than six to nine seconds from start to finish. Plaintiff still did not knew what she was doing over there because he never noticed her shelving any books during that entire time, it strongly seemed like she was just looking for conflict. She then immediatedly after that exchange went to other book shelves, Plaintiff partially saw and heard that she was actually shelving some books for about seven to ten minutes.

14.    At about 1:08 three goons, Locha who they refer to as a sgt, Bolla, and Episcopo, who is a 135 lb weakling, converge on Plaintiff and trap, box him in from where was sitting, it strongly appeared that that itself was a detainment, was a fact at that point. You would have thought they got a call that there was a death, but this is just what they do there, normal policy and procedure.

15.    They played dumb and asked Plaintiff what's going on, dumb question routine. They full well knew they had a bogus call. As they also knew Plaintiff did not have to say anything at anytime. Plaintiff just said he did nothing wrong, was nothing that happened, there is nothing to talk about. He said they should not be responding to bogus calls. They continued the dumb routine.

16.    He already knew it but they very shortly in told Plaintiff he was detained. Plaintiff tried to get out a pen to document the incident, Episcopo blurted don't touch your stuff.

Nothing they said made any sense at all, which makes sense because this is what they do, they are out of control.  Plaintiff stated the correct law in regards to detentions and Terry. Plaintiff kept asking them why is still being detained, what is accused of, they did not answer. If one could believe this, again in line with saying anything Episcopo declared Terry was only about a search. Plaintiff said where did the name Terry Stop come from?

17.    Locha and Episcopo demanded i.d. Plaintiff again asked what is being accused of, they never answered the question.  We know the right to speak includes not to. Plaintiff did not commit any crime, matter of fact he did nothing wrong at all. He had no requirement in the real world to produce identification to these goons. Also there is no stop and i.d. law potentially overriding federal rights. They should have even been there at point. He explained this to Locha and he retaliated and threatened that he was going to arrest Plaintiff for trespassing and hindering apprehension, Episcopo also said the same thing afterwards. That had no merit for numerous different  reasons.

18.    We know the right to speak includes not to. Also, Plaintiff did not commit any crime, matter of fact he did nothing wrong at all. He had no requirement in the real world to produce identification to these goons. We also know there is no stop and i.d. law potentially overriding basic federal rights.

19.    This is secondary and does not change anything here at all but Plaintiff had to show i.d., in a general, voluntarily, non-criminal investigation capacity and sign in when he came in. Also the purported guard that was on [Henriquez] works for them. This is always been this way, same building, they answer to them, he knew that and a lot of other things because unknown to them he had been there fifteen years. In line with saying

anything, Locha and Episcopo tried to claim that they don't have anything to do with them.[1]

20.    Plaintiff continued to ask them why is still being detained. They never accused Plaintiff in that entire time of anything the entire time, they never claimed he did something wrong let alone to rise to a violation any campus policy, or violation of library policy, let alone an actual crime, a violation of N.J. crimes code. Not once, not one thing. Locha actually said out loud, admitted didn't have probable cause to arrest Plaintiff for anything, yet he still was threatening with arrest.

21.    Plaintiff repeatedly asked to speak to a member of Robeson's administration, and they ignored each request. Eventually, Locha called for a lt, his exact words were "I have uncooperative individual who refuses to identify himself", and after about 30 minutes, they escorted Plaintiff who was still detained out in the front of the building, they ordered to sit down, not to touch anything, keep hands out of pocket, he could not reach for a phone to record them.

22.    Instead of one goon coming, two lt's Biondi, Hammill, and three more. There was then  a **total eight of them**, **eight goons**- for a bogus call that like almost every one they knew was bogus. Note Plaintiff never got the names of the others, the complaint will be amended when he does. Biondi came over to Plaintiff to try and convince him to give up

---

[1] https://www.camden.rutgers.edu/about/campus-safety:  last accessed January 2020

Consisting of 22 full-time commissioned police officers, 61 security guards, and four dispatchers, the Rutgers University Police Department ranks among only a half-dozen colleges and universities in New Jersey that have their own commissioned police forces.
And our police department is only one of 12 law enforcement agencies within the state—less than two percent of all agencies— to have earned full advanced law enforcement accreditation from the Commission on Accreditation for Law Enforcement Agencies. Rutgers is one of only 49 college or university police departments worldwide that have received this important accreditation.  The RUPD works in close partnership with the Camden County Police Department, the Delaware River Port Authority, and the security forces of our neighbors through the Camden Corporation Watch to ensure your safety on and around campus.

his rights, in Plaintiff explained this is illegal, after not getting anywhere he stepped away and Hammill, who has never seen a treadmill or weight loss program in her life, stepped up  and the say anything policy, continues Hammill actually claimed that the law applies differently on grounds that they own, that you must show i.d., Locha declares the same. This again like everything else speaks for itself.

23.    Eventually, very, very regrettably after all time in the de facto arrest, Plaintiff made a mistake and gave Locha his i.d. After he ran Plaintiff through NCIC and checked for a warrant, trying to find a passable reason to imprison him, Locha came back banned for life, all buildings, grounds, everything, including building they don't own or operate like the other public library, the county one, this also includes New Brunswick and Newark, he said you would be arrested for trespassing. Plaintiff asked why that was. Locha at first he didn't answer the question, then he said for not giving i.d. as soon as Plaintiff said once again he didn't have to, Locha cut him off, overtalked and changed the subject. He again said you are banned from all of the above for life and would be arrested for trespassing.

24.    Since Locha didn't say anything, Plaintiff had to ask to have it in writing, he said you can't come and pick it up, then when pressed further he said you will get something in the mail. Plaintiff asked when Locha ignored him. Plaintiff asked it two more times, he ignored it, also Biondi, Hammil and the rest were still there and none of the eight said a word, answered or anything or attempted to. Plaintiff asked again this time Locha said I don't know 6 months, a year. Plaintiff said it takes a year to put it in writing. He said "we don't have to give you anything".  After pressed more Locha said you could give me an address to purportedly mail it to, in which he tried to, Locha doing what he does, what

they do, then played dumb as asked if Philadelphia has a sub section or town, acted like he was confused on how to write a simple address. He/ they forced Plaintiff to walk off the grounds and again said he will be arrested if he is ever on them or the other things. Plaintiff said he/they are getting sued, he had also said that a couple of times earlier on.

25.    The detainment was illegal period, and at forty-five minutes, it also exceeded the scope of a legal; normal Terry stop, has essential attributes of a formal arrest, tantamount to that.  Obviously Plaintiff's first amendement and  N.J. equivalent were trampled on including the right to receive information. He is always trying to obtain information and not be a dope like them here at this dump.  This is retaliation based on Plaintiff excersing his right to remain silent, not to answer Locha's initial questions, and excersing his right to go about his business, not keep his name private.

26.    Again, Locha stated the ban applies the other public library that the the County of Camden owns and operates, called Nilsa I. Cruz-Perez Downtown Branch. Early 2011 the Camden Public Library closed.  The Camden County library system took note of this and began to discuss the idea of replacing it with a branch. As this was happening they were contacted by officials at this excuse of a university contacted them and offered them space to have one of their libraries there. This turned out to be right next to Robeson. An agreement was made and they began construction of it. The target date and opening was postponed numerous times, and it finally opened it in April of 2012. It's called the Nilsa I. Cruz-Perez Downtown Branch. Again this library is owned, operated and funded by the County of Camden (and state funds), there are no Rutgers employees that work there. Even on their site they have it listed as:

301 North 5th Street
Camden, NJ 08102
(Intersection of 5th and Penn St)

They make no mention of this of a cesspool company, go out of their way not to do it, even for simple location convenience. But what this means is somebody could have never stepped foot in there, haven't been there for years, months, whatever, and they are automatically banned for life in a place Rutgers does not own or even operate. Plaintiff checked to see if this was true, he contacted upper management and they in fact confirmed that somehow it is. So their agreement that was signed in 2011 for reasons not known included a reciprocal ban. The reason why CCLS has not been sued is simply because of the facts the relief Plaintiff will get will eradicate that problem, however if they need to be a named offender then he will do just that.

27.    Later it came to light that in his newest 911 call he should have never made, audio reveals Henriquez claimed the reason of the call was "possible harassment."  Plainly, this is a strategic move by him, in his head if he says the word possible in all of his daily frivolous  911 calls, it shields him against any liability either generally or legally, he wait a minute I didn't say it, I just said it might be, like everything else it speaks for itself. Also when faced with a choice it sounds a whole lot better than I am calling for no reason again.

28    Also Plaintiff has learned that Henriquez, in his own log that day, in a further attempt to distance himself from any liability he made absolutely no mention the call or any aspect of anything regarding this. This is against their own policy, they must log in this and other things. His log states by the time he put down, that he left for the day right afterward they banned Plaintiff for life from everything for nothing and escorted him off.

It was clear he spoke to Locha after he left Robeson to go across the street to his building

which they share, and Locha relayed that Plaintiff was suing.

29.    In the summary report[2] Bolla and Locha wrote "harassment in progress" in a

(losing) effort to boost the frivolity of the call they received.  First it was bogus on its

face, it did not get better afterwards, second, the brief exchange in which she initiated and

was totally out of line for was long over with by the time Henriquez made his meritless

call, as she was still on the same floor around Plaintiff for at least seven to ten minutes

before she even left the area to go on another floor where Henriquez was at.

30.     It was no shock Plaintiff received nothing in writing. It also was no shock that they

did not cooperate an ounce for two years with giving Plaintiff any materials. He found

out it's a wrap, there is not an ounce of due process at any point in time, zilch, zip,

outrageously illegal.

31.    There was a lot going on, Hammill either was not wearing a name tag or Plaintiff

did not notice the name. She was listed as the person to request records, not knowing it

was her Plaintiff sent an email to ask how to obtain body cam footage and records. She

had a reject named Ashley Dolce that works for her respond. She said go on the site and

fill out to mail it in, it has to be signed. She was intentionally being difficult about

requesting other materials, once she finally answered that Plaintiff  sent one in requesting

a lifetime ban notice in writing, all written reports or documentation, all audio, and

---

[2] Bolla, and Locha intentionally put Henriquez's [who had been there for years and they see everyday] name down wrong twice on the summary, there is nobody with that name, because they knew Plaintiff he/they were in the wrong, and was going to pursue it. They also kept his name from Plaintiff entire time but through exhaustive research right before this suit was filed was able to obtain the correct name. As far as Jane Doe, the first offender, it intentionally appears nowhere on the summary, they have successfully kept her name from Plaintiff this entire time despite attempts for two years to try and obtain it. Once they are served, Plaintiff is going to attempt to there is going to attempt to subpoena the name and also request immediate limited discovery before the Rule 16 conference.

bodycam footage, surprisingly they were wearing them, probably forced, he knows that was not their decision would be the last thing they would want. After all of this, much later on, they did not give him a thing just declared Plaintiff had to go through opra, but yet at the same time the requests are "reviewed under common law."

32.    Again there is nothing, it is a wrap. Plaintiff wanted to at least try and at least speak to someone on his own even though it's a wrap, not part of any process at all. He did research made many calls not only to this dump but their satellite locations in other parts of the state for two weeks. Because it never happened before it's no surprise that everybody he spoke to, one after another, another, wanted nothing to do with and also said they don't know where he could go, that there  would not be anybody that they know of. Finally, he spoke to some people who said Plaintiff could try to talk to  "vice chancellor" of student affairs, Mary Beth Daisey, to see if she knew where to go. She is the highest person dealing with student discipline, ahead of all the supposed deans.

33.    But Daisey is another loser who could never get a job at a real school. Like the rest she is no stranger to being prosecuted for her illegal actions. See Skufca v.Daisey  1:09-cv-05650. As part of his thorough investigation Plaintiff spoke to some other employees, a couple  them gave a less than glowing review in particular mentioned to him that she in fact does not keep up with her job, that they know of other situations where either employees or students have contacted her, brought something to her attention and she does nothing, does not even respond. Not to say no one else here isn't but Plaintiff really can't emphasis enough how much of a lowlife she is. Unbelievably this excuse of a human being makes 203, 631 dollars a year. Like everything else here it's beyond a disgrace. She is stealing tax payer money, she should be put in jail. She cannot get a job

at a real college, but she does not need to, she does nothing here at this fake one and gets

paid a quarter million, she is not as dumb as who is paying her, also the dummies and

paupers that go there.

34.    Plaintiff then called her office and her secretary or somebody claimed she was in

meetings and she was not available.It sounded like a phony excuse. He tried again

another day, same thing, he asked when will she be available they claimed she was in

meetings the whole day- which we know is just not possible. He began again

making more calls when he mentioned to someone that he tried calling Daisey but she

refused to take the call, they said they would contact her and have her call Plaintiff.

35.   On June 26th, 2019, Daisey was supposed to call Plaintiff at a certain time, 12 p.m.,

she never did, he was not surprised an ounce. After ten minutes Plaintiff called the person

back, and only after he told them she never called and she quickly then contacted her did

she do it, she only did after Plaintiff had to chase her again, only after. Because Plaintiff

was still talking to the other person, her call went to voicemail. This is not important,

Plaintiff knew who it was, but in the v.m. she said this is "Rutgers University", she

specifically did not say her name because she/they were in the wrong, she already knew

it.

36.    He then called her in which he was very surprised she picked up. He explained in

detail everything that happened also what he has observed otherwise in the past.

 Of course never at any time during the conversation did Daisey say that's wrong, or say

anything negative however slight against any of the illegal behavior, not an ounce.

Plaintiff if nothing else told her since he was illegally and outrageously banned for life he

would like it in writing. She declared she was going to get back to Plaintiff on all of this,

make sure he gets it in writing. He was not shocked that she never did anything. As it turned out she did contact them- for herself which he will explain.

37.    Only because of another request Plaintiff sent it, Dinan sent him it in writing in which Plaintiff received in late July. It was not delivered until July 16th. He did not check it until a couple of weeks later and because he has actually has a life, he can't drop everything, it took a couple of days to get to it.

38.    The notice just reiterated that Plaintiff was banned for life from "all properties associated with Rutgers, The State University of New Jersey", not limited to Camden and that "without written authorization from this office" he would be arrested. As expected Dinan did not want to state Locha's reason for the ban, not giving i.d., the notice did not state why Plaintiff was banned, stating "This action has been taken because of your behavior on June 13, 2019".

39.    It also stated that an individual shall have 10 days from when they receive the notice to provide a "written explanation" or "documentation [evidence] of their opposition". Not only that but only it is deemed the day it is received, not mailed or postmarked.

40.    There was a separate cover page in which Dinan claimed it was provided with two different box numbers/ which is the reason he was trying to claim it was not sent. However this is bogus, this is what they do. He offered no proof that he sent it to the other address and even if he had it was intentional. He had attempted to date it June 18th, however ne never did anything, Plaintiff spoke to Daisey on the 26th and she did not have it, never heard about it. He only created one after the 26th because Daisey contacted him because she wanted the notice for herself, she was first listed, he also then sent it to

everybody in the world except for Plaintiff. He sent the notice **to 20 people. 20 people**, everybody on earth except for the one person that they were supposed to. Just about all of the  departments of individuals listed Plaintiff called above. **20 people.** He only sent Plaintiff a copy to his later report requests, and he retroactively dated it.

41.    He then proclaimed any purported challenge would have been due been due from 10 days of June 13th- this speaks for itself. But he claimed because of this he was extending the purported challenge date to July 16th- in which it did not even arrive until then, speaks for itself.  The purported challenge is only on the "written record"- nothing. The person "must state precisely the relief sought and provide  any relevant supporting documentation"-  that doesn't exist. His supposed decision is "final".  This speaks for itself.

42.    Shortly after, not having a single thing,  Plaintiff then drafted a reply to this putting forth the above points, to promptly vacate the ban. Dinan nor anyone else did anything.

 43.    In October of  2019 Plaintff wrote to the goons again, summarized the events- illegally ban m for life- for nothing, and said if they don't vacate the ban everybody is getting sued. Of course they did nothing again. Sham or farce won't used because they are compliments, it doesn't reach that level, neither would disgrace, he won't use any words.

44.    In very, very stark contrast, a universe, from their  plain text, if a current student gets stopped, detained, arrested or any "report of"  "misconduct" at all, they receive the charges/accusations levied against them in writing, what they are alleged to have violated, and have what appears to be an extremely extensive, multilayered, procedural process to defend it. This includes sub appeals to committees. It even includes mediation.

As part of the normal process, they also have a person that defends/advocates for them. It is clear that the goons they call police, are at no point involved at any stage, at no point making any type of decision at all, even from very initial basis, it is fully devoid of them.

They can win an appeal solely on a procedural violation or technicality, irrespective of any facts. They are sent a full written detail report outlining the result and any sanctions. In the event where they are found guilty of a violation, there is a very good chance that nothing will happen to them, there is no actual sanction. In other cases the sanction is very minor. Even if the finding of a violation is upheld, they still can have the sanction reduced. In other cases they just lose their campus housing, but nothing else affects their status, or they are suspended, which is far from any ban at all let alone lifetime, explusion.

The extensive research that Plaintiff done indicates that almost nobody in the process is issued an explusion, and the very few that are it is not clear if that is a lifetime ban or not, or that would include the grounds period. And if it is, the student can just come back after a short period of time, has that ability. Then on top of all of that, there is an additional level of appeals if they just lose their campus housing, a simple suspension, or an explusion. While all of this going on until the very end, the student is presumed innocent, continues on like nothing happened and is not sanctioned.

45.    Boy that is a lot, at least on paper. Nobody can really claim it lacks federal and state due process, at least on paper. But unfortunately, for the general public and former students considered alumni[3], it is a much, much different story, as they  go from all of that that- to absolutely nothing, zip, zilch. The official process is that mostly, maybe

---

[3] There is no distinction for  alumni, they are not current students,  Plaintiff did not speak on anything, he never said what he was or wasn't, but this not factor into anything because the process is the same.

every person they come into any contact with is banned on the spot for life- as in life, true life, forever, by the goons they call police, for absolutely nothing- not even something if actually true would amount to any violation- or in other some cases way insufficient cause. They have this discretion, to do whatever they want, whenever. Not only do they illegally ban everybody for life- for nothing, again they extend it to outside organizations, they do not own. They are not verbally told that time what the reason is, Plaintiff did manage to finally get it out of Locha, but that's not the practice. However, they are immediately told if they ever are on campus property or specific outside organizations they will be arrested on the spot for trespassing.

There is no paperwork at all that is given to the person and when they ask for something they are told they have to leave and cannot come back to get anything. But they are quick to let all of the police departments, security, and certain staff know, 20 different, in writing, they have no problems doing that immediately. When asked about the process to challenge this they are just given I don't knows, the run around, not useful information. The claim a notice will eventually be created but they don't know the process at all. Since the person cannot come back when they ask for a copy to be sent to them, the goons reluctantly take an address in order to claim they sent it to- the wrong address. It is no shock they make no real effort to even give the person a simple notice stating that they are banned for life from everything, instead they claim they sent it- to a wrong address that they intentionally change. When they are told to file a request for police records- after they do they are not given a single thing by them.

If a person finally after months is able to get a simple notice that they are banned, it does not contain anything other than they are banned for life everywhere and they will be

arrested for trespassing, no reason is given. No reason, not a single document or piece of evidence, nothing dealing with anything.  Requests to them for more information including why the ban was given go unanswered as does any attempt to get rid of it. Advocacy- they cannot even speak or do anything for themselves. Forget about levels and this and that, all of that, there is not a single solitary staff member that is involved at all, at any time, that a person can challenge it with, not one.  Just the goons- the same ones who illegally gave it out, the same ones that in general are as out of control as can be, that exonerate themselves on every complaint they get- and they attempt claim, despite the above facts, there is some type of challenge with them when we know there is in fact none. Obviously this violates due process both procedurally and substantively, both federal and state.

46.   Some months later, Plaintiff emailed Kevin Pitt in New Brunswick who is the director Office of Student Conduct, the highest person, one who is (obviously it falls on this fake college too) responsible for this creating and amending this polices. Prior to this, when Pitt got there he ratified these illegal policy and procedures which again included zilch for the public and alumni.  Also he was one of the 20 people, everybody except the victim, to receive copy of the ban so he knew specifically about Plaintiff's bogus ban. Plaintiff stated he conducted an extensive investigation and relayed the above no due process. He asked him if this you are asserting any of this is inaccurate by all means let him know. Otherwise he said, explain to him why you think it is remotely legal or even common sense to do that from that, that he really needed his insight on this.

47.   His reply was, "Please know that our currently policies and procedures adhere to all federal and state laws".  "All students accused are assumed not responsible until proven

responsible or accept responsibility and we work to ensure that our process is transparent and explained in detail when we initially meet with students". Not surprisingly he never attempted to address anything Plaintiff said, and the one statement he just repeated what was said. Plaintiff told him he was getting sued. He quit right afterwards, he is now at a similar position elsewhere.

48.   The highest person there is "Chancellor" Phoebe Haddon, Plaintiff wrote her and said if she does not vacate the ban she will get sued. She did not respond but despite being there for decades, after this she quit.

49.   It was no shock that they refused to cooperate in open records request either. Plaintiff underestimated the amount of time it was going to create this complaint. As a result he is up against the limitations that has to be filed. There is a very lengthy history for these particular facts dealing with Woods and Battle, he does not have any time to recite it. He will in the amended complaint which will relate back.  Woods refused to cooperate with anything, there were no valid exemptions when he did reply late. After Plaintiff told him he was getting sued Woods took off and was replaced by Jewell Battle, who not surprisingly picked right up where he left off. Woods has been sued about a million times in his short stint there.

50.   Over the years he saw countless disturbing behavior from not only their goons and rent-a-guard, but others employed in this public state employment. They all have been out of control for a long time. Their official policy, practice has been for employees there particularly rent-a-guards to call 911/their goons for anything, regardless if has no merit, or amounts to anything they should be calling 911 for. This policy is akin to

Collingswood,  had an official policy of calling police for anything, making things up.[4]
The policy was to see "every issue as a potentially criminal issue."

https://www.cbsnews.com/news/students-brownie-comment-police-racist-highlights-school-dispute/.  This just about bankrupted them due to the effects of such an illegal policy, there were numerous suits. Here they will pay dearly he is on a crusade and will not stop unless justice is done.

51.   Around 2010 Plaintiff noticed a substantial uptick in their rent-a-guard all over the place. By 2012, they were every five feet, every time you looked up you saw one of them no matter where you were, even off of their grounds. They even stand by Patco, long before they bought it, grill everybody that walks by in an effort to make they feel, uncomfortable, like they are unwanted, doing so wrong by just existing. They severely detract from the quality of life and overall experience.

52.   Henriquez has been working there for years, every day he makes bogus 911 calls just for the heck of it. One time Plaintiff saw a few goons rush in and Henriquez greeted them and said so and so is sleeping at the computer, they said man we thought it was a riot or something. Plaintiff has never heard one of them say man what did you call us for, they love it because this is what they do, he has been there for years, never been reprimanded. Henriquez also does the same with the parking lot they have there very close to that building, he has seen him call the goons for that too.

---

[4] See
https://www.inquirer.com/philly/news/new_jersey/20160915_Family_of_Collingswood_boy__9__queried_by_cops_at_school_files_claim.html
https://www.inquirer.com/philly/education/20160630_Collingswood_mayor_says_schools__Call_911_policy_dropped__It_s__fixed__finished__done__.html

53.    Like the rest of them he always has been fully was aware that the natural consequence of these calls is somebody is going to get arrested, detained, banned, nothing positive. This is why again his practice is to say possible in an attempt to swerve any liability.  We are going to have absolutely extensive discovery, we are going to do it big, Plaintiff will eventually get every 911 call that he ever made, every report, log, stop, 911 call in the last twelve years.

54.    Just a month prior to this Plaintiff was in there and one of them walked by and asked people including Plaintiff  heard anyone screaming said they got a call. It was on break and the dummies they refer to as students were not there, you could hear a pin drop.  Another time  they rushed came in and claimed got a call about a fire in there.

55.    Plaintiff was in the library many, many times in the prior five to seven years where he saw them, including Bolla many of those times, conduct sweeps on each floor, checking every door, every crevice, eye examining everybody, so on and so forth for the heck of it, nothing better to do. Again you would think this is the Pentagon. If they don't get the frivolous  calls they want they just proactively walk around just looking for their next victim.

56.    On the weekends it is very, very slow over there, there is not many people out or walking around, they need to accost and violate is so strong that Plaintiff sees these goons literally continually ride around a three block square radius, they drive in circles for hours just grilling any person who happens to be there just dying for another victim.

57.    They have been sued at least over 960 times in the last 17 years, that's just a quick search here, that does not include state court. Their goons have been sued countless times

including by themselves. [5]  They are nothing but bags of dirt that work there all around, and always have been, so Plaintiff wonders how it took fifteen years before something like this happened, that is one thing he is actually surprised about.

58.    The goons should be defunded, the rent-a-guards as well. If in the very, very rare occasion a legitimate crime occurs, and it is an emergency the county ones are only a few blocks away, most of the time less.

59.    Locha has been there since 2007, Bolla since 2001, Episcopo has been there since at least 2016 [6], Dinan since 1998, Hammill since 2002, Biondi since 2004. Locha, Biondi, Hammill, was at all times in this complaint Bolla, Episcopo, Henriquez's (and the others unnamed) supervisor. Dinan was at all times in this complaint was the chief of police supervisor everybody just listed. The goons work for and answer to this phony college, Daisey is one of three "chancellors" under Haddon, she is actually higher than even Dinan. She can be credited for everybody including Jane Doe, except for Haddon. Haddon is at the top and is responsible for every offender.

60.    These offenders including prior to these violations right here and thereafter, had been the subject of complaints and litigation asserting that they engaged in a pattern of similar violations. They also obviously failed to respond to grievances and complaints in this suit's violations.

61.    Haddon, Daisey, Dinan,  Locha, Biondi, Hammill failed to properly supervise, discipline, control, train and acted with  deliberate indifference to the needs of Plaintiff and other victims and all of which caused direct harm to this victim and all others similar

---

[5] https://www.northjersey.com/story/news/2019/03/21/suit-claims-rutgers-police-boozed-and-slept-job-failed-drug-tests/3225638002/

[6] However for reasons entirely unknown, he does not appear in any database accessible to the public. Plaintiff will investigate this further in discovery.

situated. They obviously also participated in violating plaintiffs rights, directed others to violate them, all had knowledge of and acquiesced, approved, ratified, the above subordinates were below them's violations. They failed to take appropriate remedial or disciplinary action to prevent further constitutional violations thereby causing the constitutional violations in this case.

62.   They encouraged, tolerated, ratified and have been deliberately indifferent to a pattern, practice and custom of and to the need for more or different training, supervision, investigation or discipline in the areas of:

A.   The failure to properly train, supervise and discipline all employees regarding the above subject matter;

B.   The monitoring of employees like the above whom they knew or should have known are suffering from emotional and/or psychological problems that impaired their ability to properly and legally function as purported employees etc;

C.   The failure to identify and take appropriate remedial or disciplinary action against employees, like the ones here, who were the subject of prior lawsuits and/or internal complaints of misconduct/civil rights violations;

D.   The failure to properly sanction or discipline employees, who are aware of and subsequently conceal and/or aid and abet violations of constitutional rights of citizens by other employees, thereby causing and encouraging employees, including the offenders in this case, to violate the rights of citizens such as the Plaintiff and other victims. They have a policy of inaction.

63.   All of the above have established and maintained a policy, practice and custom, ongoing violations of federal law of this which directly caused Plaintiff's harm. Rutgers

acted deliberate indifference to the needs of Plaintiff and other victims and all of which caused direct harm to this victim and all others similar situated. Them and their employees failure to train, supervise, policy of inaction was obviously going to lead to the constitutional violations here. It did not take Nostradamus to predict that.

64.    At all times did Plaintiff act in a reasonable, legal, and appropriate manner.

65. **Victim Impact Statement**

They really did a number on Victim. He has suffered severe loss of liberty, due process, emotional and psychological injuries, anger, rage, personal humiliation, public embarrassment, fright, horror, grief, ongoing mental anguish and harm, anxiety, chagrin, mortification, worry, nausea, nightmares, loss of trust, fear, loss of enjoyment of life, impairment of reputation and a lot more. Victim is still suffering adverse affects, including still being banned from half of downtown of a major city and two other cities/towns.

66.    If any robeowner who gets a hold of this at any point either went there, whatever campus, is employed, or was in any capacity disqualification is required under 455(b), a reasonably person cannot believe that they would be impartial given the connection. If it is not immediately done by the person Plaintiff will move for it.

<u>**CAUSES OF ACTION**</u>

**COUNT I: 42 U.S.C. §1983**

 Plaintiff incorporates by reference paragraphs 6-66 of this Complaint.

**COUNT II: Fourth And Fourteenth Amendment**

Plaintiff incorporates by reference paragraphs 6-66 of this Complaint.

**COUNT III: Conspiracy Under 42 U.S.C § 1983**

Plaintiff incorporates by reference paragraphs 6-66 of this Complaint.

**COUNT IV: N.J.S.A. 10:6-29(c)**

Plaintiff incorporates by reference paragraphs 6-66 of this Complaint.

**COUNT V:  N.J. Article I, Paragraph 6 of the New Jersey Constitution**

Plaintiff incorporates by reference paragraphs 6-66 of this Complaint.

**COUNT VI: N.J. Article I, Paragraph 7 of the New Jersey Constitution**

 Plaintiff incorporates by reference paragraphs 6-66 of this Complaint.

## DEMAND  FOR RELIEF

(a) A jury trial on all issues (if a trial is even needed as Plaintiff has already proven his case);

(b) Punitive damages against every offender individually in the amount of 5,000,000 dollars;

(c) Compensatory damages against every offender individually, in the amount of 1,000,000 dollars;

(d) Presumed damages against every offender individually;

(e) A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitutions and laws of the United States and New Jersey, including that Plaintiff's bogus lifetime ban is legally invalid, void ab initio;

(f) Permanent injunction vacating that ban

(h) Plaintiff's costs in this suit;

(i) Pre judgment interest;

(j)  Post judgment interest;

(k) Any additional relief that is deemed just, proper, and equitable.

## **VERIFICATION**

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of a perjury that the foregoing is true and correct.

Executed at Philadelphia, Pennsylvania

/s/ J .C.

J.C.
Box 934
Philadelphia, PA 19105

Dated: June 7th, 2021