**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

J.C. individually, and all
others similarly situated,

        Plaintiff,

   v.

DAVID LOCHA, et al.

        Defendants.

No. 1:21-cv-12361-NLH-MJS

**ORDER**

---

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this  9th  day of  March , 2022

    ORDERED that Plaintiff's Motion for Recusal (ECF 5) will be, and hereby is, DENIED.

At Camden, New Jersey

        /s  Noel L. Hillman
        NOEL L. HILLMAN, U.S.D.J.